# **EXHIBIT F**

 Try Prime

All ▼ [search box]

   WATCH NOW

**Departments** ▼   Your Amazon.com   Today's Deals   Gift Cards & Registry   Hello. Sign in Your Account ▼   Try Prime ▼   Lists ▼    Cart

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

- Sports & Outdoors
- ›
- Outdoor Recreation
- ›
- Camping & Hiking
- ›
- Safety & Survival
- ›
- First Aid Kits



## Be Smart Get Prepared First Aid Kit (250 piece)
by **Be Smart Get Prepared**

★★☆☆☆ ▼ · 1 customer review

Share ✉ f 🐦 P
Qty: 1

Be Smart Get Prepared Fir... has been added to your Cart
  Yes, I want **FREE Two-Day Shipping** with Amazon Prime

[ Add to Cart ]

Turn on 1-Click ordering for this browser

**Ship to:**
MILWAUKEE, WI 53201 ▼
To see addresses, please
[ Sign in ]
or
**Use this location:**
[ Update ]
Please enter a valid US zip code.

Please enter a valid US zip code.

Shipping to a APO/FPO/DPO? Please add the address to your address book. Make sure you include the unit and box numbers (if assigned).
or

[ Add to List ]

...orders over $49.

...e way).
**57 mins** and
...  Details
...ift-wrap available.

...to make sure this

...Packaged in a
...ide latches
...y, insect bites,

...nd your kit in the

...oduct may not be
...federal regulations
...ethods only. This
...48 contiguous



To view this video download Flash Player







Click to open expanded view

**Sorry, there was a problem.**
There was an error retrieving your Wish Lists. Please try again.

**Sorry, there was a problem.**
List unavailable.

Have one to sell?  [Sell on Amazon]

**Customers Who Viewed This Item Also Viewed**

Page 1 of 6

Ad feedback

- **Sorry, this item is not available in**
- **Image not available**



1. [Be Smart Get Prepared 250 Piece First Aid Kit with ANSI Guidelines, 50 Person, 1.96 Pound](#)
   ★★★★½ 12
   $28.22 *Prime*




2.
   [First Aid Kit Outdoor 201 Camping Boating Hunting](#)
   ★★★★½ [125](#)



3. [First Aid Kit - Emergency Survival Bag for Hiking, Camping, Travel, Cars, and Bug Out Bags - 105 Pieces](#)
   ★★★★½ [239](#)
   $24.99 *Prime*

## Sponsored Products Related To This Item (What's this?)   Page 1 of 1   | [Start over](#)

Sponsored Products are advertisements for products sold by merchants on Amazon.com. When you click on a Sponsored Product ad, you will be taken to an Amazon detail page where you can learn more about the product and purchase it.

To learn more about Amazon Sponsored Products, [click here](#).




1. [First Aid Kit for Camping, Hiking, Car. Fully Stocked for an Emergency, Survival,...](#)
   $24.71 *Prime*

   [Small First Aid Kit 100 Piece: Car, Home, Survival](#)
   ★★★★½ [22](#)
   $21.99 *Prime*

2. [Coleman Expedition Waterproof First Aid Kit 100-Piece, White](#)

   [Ultra-light - 130 Supplies Medical First Aid Kit - by Get Safe - Bonus](#)



Flashlight Included - FDA Approved…

★★★★☆ 141

$21.97 ✓Prime

3. Royal Medical Direct - Small and Light for Travel, School, Car, Emergency,…

ResQue1st Hard Shell Complete First Aid Kit 125-Piece

★★★★★ 23

$19.98 ✓Prime

115 Piece First Aid Kit - Ideal for Training & Medical…

4. First Aid Kit and Bonus CREE Flashlight with Case for Emergency and Medical Survival Essentials 8.95…

★★★★☆ 45

$18.99 ✓Prime

First Aid Kit 115 Piece for Car, Home, Travel, Office or Sports | Emergency and…

5. ADSX Rescue Military Issue Combat Application Tourniquet, Hunting and Hiking, First Aid,Survival



Kit

⭐⭐⭐⭐⭐ 3

$7.93 ✓Prime

ResQue1st Hard Shell Complete First Aid Kit 125-Piece

6.

115 Piece First Aid Kit Ideal for Injuries & Medical Emergency. Suited for Home, Kitchen, Office

10.

Small First Aid Kit 100 Piece: Car, Home, Survival

⭐⭐⭐⭐⭐ 179

$23.99 ✓Prime

⭐⭐⭐⭐½ 1,122

Kit Best Seller in Camping

7.

I Go A1FA08 Expedition First Aid Kit, Red Hiking Travel Emergency & Survival

⭐⭐⭐⭐½ 41

$12.99 ✓Prime

Ad feedback

**Customers Viewing This Page May Be Interested In These Sponsored Links**  (What's this?)

1. **Wholesale First Aid Kits**
   - Industrial **First Aid Kits** & Supply Home, Office & Auto **First aid kits**
   
   www.cpr-sa

2. America's ... best1st**aid** ...

Ad feedback

## Special Offers and Product Promotions

- **Working on a home project? Need some help?** Check out Amazon Home Services and get $30 cash back when you book select services. Learn more

- Your cost could be **$0.00 instead of $23.34**! Get the **Amazon.com Rewards Visa** card and you'll **automatically get $50.00** off instantly as a gift card. Apply now.

## Product Description

Tri's "Be Smart Get Prepared" 250 pc. Outdoor first aid kit offers a comprehensive assortment of first aid supplies for your outdoor activities. The kit includes treatments for poison Ivy, insect bites, minor burns, blisters and more. Packaged in a durable plastic case with easy-slide latches, the kit also features a hi-visibility glow label so you can easy find your kit in the dark. So for your next outdoor adventure or family camping trip, "Be Smart Get Prepared" with tri's 250 pc. Outdoor first aid kit.

## Product Details

**Product Dimensions:** 2.8 x 10 x 9.7 inches

**Shipping Weight:** 1.9 pounds (View shipping rates and policies)

**Domestic Shipping:** Item can be shipped within U.S.

**International Shipping:** This item is not eligible for international shipping. Learn More

**Origin:** USA

**ASIN:** B018S444H4

**Item model number:** 10OUT02086GLOW

**Average Customer Review:** ★★☆☆☆ ▾ (1 customer review)

**Amazon Best Sellers Rank:** #496,920 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #394 in Sports & Outdoors > Outdoor Recreation > Camping & Hiking > Safety & Survival > First Aid Kits

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

## Sponsored Products Related To This Item (What's this?)

Page 1 of 1 | Start over

Sponsored Products are advertisements for products sold by merchants on Amazon.com. When you click on a Sponsored Product ad, you will be taken to an Amazon detail page where you can learn more about the product and purchase it.

To learn more about Amazon Sponsored Products, click here.



1. [MediSpor Mini First Aid Kit in Red Hard Case - 100 Pieces](#)
   ★★★★½ [69](#)
   $24.47 *Prime*



2. [Small First Aid Kit 100 Piece: Car, Home, Survival](#)
   ★★★★½ [1,122](#)
   $21.99 *Prime*



3. [Leknes Outdoor Survival Kits Emergency Kits For Disaster Preparedness](#)
   ★★★★☆ [27](#)
   $24.99 *Prime*



4. [Wise Company 52 Serving](#)

[Wise Prepper Pack](#)

★★★★☆ [82](#)

$68.14 



5. [Wise Foods Survival Supplies Emergency Storage Travel Food Ration Pouch 120 Serving…](#)

$259.99 



6. [First Aid Kit and Bonus CREE Flashlight with Case for Emergency and Medical Survival Essentials - 95…](#)

★★★★½ [45](#)

$18.99 



7. [Wise MK40-240 240 Serving Milk Bucket](#)

$143.54 



## Customer Questions & Answers

See questions and answers

## Customer Reviews

 1

2.0 out of 5 stars

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 100% |
| 1 star | 0% |

Share your thoughts with other customers

Write a customer review

See the customer review

### Top Customer Reviews

★★☆☆☆ **Plastic seems like it would crack (if exposed to elements for too ...**
By **John Locke** on February 23, 2016
**Verified Purchase**
The image in the product description is wrong.

I received a plastic case. The contents of the case are simply tossed in with no way to sort them.
i.e no inner dividers.
Plastic seems like it would crack (if exposed to elements for too long.

Warning label on case reads- "This product contains a chemical known to the state of California to cause cancer and birth defects or other reproductive harm"



Ad feedback

**Customer Images**

**Search Customer Reviews**

Search

2 things

1- accurate image needs to be in place
2- this warning (above) needs to be in item description



Comment      |   Was this review helpful to you?   Yes     No    Sending feedback...

Thank you for your feedback.

Sorry, we failed to record your vote. Please try again

Report abuse

**See the customer review**

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more

**This item:** Be Smart Get Prepared First Aid Kit (250 piece)

Set up a giveaway

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |



Australia    Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Netherlands    Spain    United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts |
| | Whispercast<br>Discover & Distribute | Woot!<br>Discounts and | Yoyo.com<br>A Happy Place | Zappos<br>Shoes & | | |

Digital Content    Shenanigans    To Shop For Toys    Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2016, Amazon.com, Inc. or its affiliates